IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Wesley, Gregory V | Case Number: 07 B 19931 |
| | Judge: Wedoff, Eugene R |
| Printed: 5/20/08 | Filed: 10/26/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Dismissed: March 27, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 1,695.74 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 0.00 |
| Other Funds: | | 1,695.74 |
| Totals: | 1,695.74 | 1,695.74 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Indymac Bank | Secured | 0.00 | 0.00 |
| 2. | BMW Financial Services | Secured | 0.00 | 0.00 |
| 3. | Indymac Bank | Secured | 0.00 | 0.00 |
| 4. | Indymac Bank | Secured | 37,335.00 | 0.00 |
| 5. | Bronzville Lofts | Secured | 17,698.00 | 0.00 |
| 6. | ECast Settlement Corp | Unsecured | 14,115.09 | 0.00 |
| 7. | Resurgent Capital Services | Unsecured | 1,138.29 | 0.00 |
| 8. | Discover Financial Services | Unsecured | 3,629.12 | 0.00 |
| 9. | Bass & Associates | Unsecured | 586.90 | 0.00 |
| 10. | Wells Fargo Financial Illinois Inc | Unsecured | 229.86 | 0.00 |
| 11. | ECast Settlement Corp | Unsecured | 1,126.04 | 0.00 |
| 12. | Resurgent Capital Services | Unsecured | 1,032.44 | 0.00 |
| 13. | B-Real LLC | Unsecured | 5,263.48 | 0.00 |
| 14. | ECast Settlement Corp | Unsecured | 998.00 | 0.00 |
| 15. | American Express Centurion | Unsecured | 5,667.77 | 0.00 |
| 16. | RoundUp Funding LLC | Unsecured | 408.96 | 0.00 |
| 17. | ECast Settlement Corp | Unsecured | 2,359.17 | 0.00 |
| 18. | American Express Centurion | Unsecured | 1,687.96 | 0.00 |
| 19. | Dent-A-Med | Unsecured | 279.07 | 0.00 |
| 20. | Chase | Unsecured | | No Claim Filed |
| 21. | Peoples Energy Corp | Unsecured | | No Claim Filed |
| 22. | Macy's | Unsecured | | No Claim Filed |
| | | | $ 93,555.15 | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Wesley, Gregory V

Printed:  5/20/08

Case Number:  07 B 19931
Judge:  Wedoff, Eugene R
Filed:  10/26/07

## TRUSTEE FEE DETAIL

Fee Rate     Total Fees
              _____
              $ 0.00

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

